UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| JAMES W. GRIFFITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TANYA SMITH, FLORA JEAN HOLLAND, KODIHALL CHANNABASAPPA, JAMES SMITH, RODNEY DAVIS, ELIAS HADDAD, M. JOSEPH AKAMAH, GLENFIELD KNIGHT, JAMES L. POTTS, LESLIE COLLINS, R. BURNS, FIRST MEDICAL MANAGEMENT, DONALD WEBB, CAROLYN SPARKS, CATHERINE SAMPANES, D. BUTLER, M. HARRIS, JENNIE FELTYPE, DONALD BROWN, SAMANTHA PHILLIPS, TONY PARKER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3:09-CV-00565<br><br>JUDGE WILLIAM J. HAYNES, JR.<br>MAGISTRATE JUDGE JOE BROWN<br><br>JURY DEMAND |
| Defendants. | ) | |

*ORDER*
*Thurston*
*is DENIED*
*as moot.*
*[signature]*
*4-8-10*

MOTION TO ASCERTAIN STATUS OF PENDING
MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF
OF GLENFIELD KNIGHT, M.D., AND JOSEPH AKAMAH, M.D.

Pursuant to Local Rule of Court 7.01(c), Defendants, Glenfield Knight, M.D., and Joseph Akamah, M.D., come now and file this motion seeking to ascertain the status of their Motion for Summary Judgment.

On February 27, 2009, the Plaintiff filed this lawsuit claiming that various Defendants, including Dr. Knight and Dr. Akamah, were deliberately indifferent to his medical needs and committed medical malpractice in their care and treatment of him while he was a state prisoner at the Charles Bass Correctional Complex. Dr. Knight