IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES W. GRIFFITH | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3:09-cv-00565 |
| | ) | |
| v. | ) | |
| | ) | |
| TANYA SMITH, FLORA JEAN HOLLAND | ) | |
| KODIHALL CHANNABASAPPA, JAMES | ) | |
| SMITH, RODNEY DAVIS, ELIAS HADDAD, | ) | |
| M. JOSEPH AKAMAH, GLENFIELD | ) | |
| KNIGHT, JAMES L. POTTS, LESLIE | ) | |
| COLLINS, R. BURNS, FIRST MEDICAL | ) | |
| MANAGEMENT, DONALD WEBB, | ) | |
| CAROLYN SPARKS, CATHERINE | ) | |
| SAMPANES, D. BUTLER, M. HARRIS, | ) | |
| JENNIE FELTYPE; DONALD BROWN, | ) | |
| SAMANTHA PHILLIPS, TONY PARKER, | ) | |
| and DAVID BROWN | ) | |
| | ) | |
| Defendants. | ) | |

*[Handwritten annotation: "ORDER — This motion is DENIED as moot. [signature] 4-8-10"]*

MOTION TO ASCERTAIN STATUS OF PENDING
MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF
OF DEFENDANT JAMES L. POTTS, M.D.

Defendant James L. Potts, M.D. comes now, pursuant to Local Rule of Court 7.01(c), and files this motion seeking to ascertain the status of his Motion for Summary Judgment.

Plaintiff filed this lawsuit on February 27, 2009. Dr. Potts subsequently filed a Motion for Summary Judgment on February 3, 2010. Dr. Potts established in that Motion that no genuine issue exists as to any material fact and that he is entitled to judgment in